UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:  　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO.: 25-14481
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
Francis G. Piller,
　　Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

　　　　　　　　　　　　　　　　　　Robertson, Anschutz, Schneid, Crane &
　　　　　　　　　　　　　　　　　　Partners, PLLC
　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　　　　　　　130 Clinton Rd #202
　　　　　　　　　　　　　　　　　　Fairfield, NJ 07004
　　　　　　　　　　　　　　　　　　Telephone: 470-321-7112
　　　　　　　　　　　　　　　　　　Facsimile: 404-393-1425

　　　　　　　　　　　　　　　　　　By: /s/Landon Kemnitz
　　　　　　　　　　　　　　　　　　　　Landon Kemnitz
　　　　　　　　　　　　　　　　　　　　Email: lkemnitz@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 15, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

FRANCIS G. PILLER
4334 1/2 BOONE ST
PHILADELPHIA, PA 19128

And via electronic mail to:

CIBIK LAW, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE,
190 N. INDEPENDENCE MALL WEST, SUITE 701
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE,
ROBERT N.C. NIX FEDERAL BUILDING,
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Angela Gill Zuelke