United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Francis G. Piller  
    Debtor

Case No. 25-14481-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Dec 03, 2025     Form ID: pdf900     Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Francis G. Piller, 4334 1/2 Boone St, Philadelphia, PA 19128-4901 |
| 15073472 | + | Capital Crossing Commercial Finance, LLC, c/o Capital Crossing Servicing Company,, 112 Worcester Street, Suite 201, Wellesley Hills, MA 02481-3632 |
| 15068682 | | Capital Crossing Commercial Finance, LLC, 101 North Tyson Street, Charlotte, NC 28246 |
| 15071453 | + | Capital Crossing Commercial Finance. LLC, c/o Lyndsay E. Rowland, Esquire, Starfield & Smith, P.C., 401 Plymouth Road, Suite 120, Plymouth Meeting, PA 19462-1651 |
| 15068685 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15068692 | | Wilmington Savings Fund Society, ATTN: Bankruptcy Department, 3900 Capital City Blvd, Lansing, MI 48906-2147 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 04 2025 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2025 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2025 00:25:58 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 04 2025 00:27:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | ^ | MEBN | Dec 04 2025 00:17:53 | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 15068681 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2025 00:37:32 | CACH, LLC, c/o Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 15070543 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2025 00:26:42 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15068683 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 04 2025 00:27:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15072826 | + | Email/Text: RASEBN@raslg.com | Dec 04 2025 00:27:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15068684 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2025 00:27:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15068690 | | Email/Text: EBN@Mohela.com | Dec 04 2025 00:27:00 | US Department of Education/Mohela, 633 Spirit |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dr, Chesterfield, MO 63005-1243 |
| 15074136 | ^ | MEBN | Dec 04 2025 00:17:52 | SN Servicing Corporation, c/o FRIEDMAN VARTOLO LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15068686 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Dec 04 2025 00:27:00 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15068687 | | Email/Text: bkteam@selenefinance.com Dec 04 2025 00:27:00 | | Selene Finance, Attn: Bankruptcy, PO Box 8619, Philadelphia, PA 19101-8619 |
| 15068688 | + | Email/Text: bknotices@snsc.com Dec 04 2025 00:27:00 | | Sn Servicing Corporati, 323 5th St, Eureka, CA 95501-0305 |
| 15072328 | + | Email/Text: RASEBN@raslg.com Dec 04 2025 00:27:00 | | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 15068689 | ^ | MEBN | Dec 04 2025 00:17:49 | U.S. Bank Trust N.A., c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 15068691 | | Email/PDF: ebn_ais@aisinfo.com Dec 04 2025 00:25:57 | | Verizon, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee for Igloo Series IV Trust bkecf@friedmanvartolo.com |
| LYNDSAY ELIZABETH ROWLAND | on behalf of Creditor Capital Crossing Commercial Finance LLC lrowland@starfieldsmith.com, arosen@starfieldsmith.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 03, 2025 | Form ID: pdf900 | Total Noticed: 24

| | |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Francis G. Piller help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Francis G. Piller )   Case No. 25−14481−djb
)
)
Debtor(s). )   Chapter: 13
)
)

## ORDER

   AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 11/4/25, this case is hereby DISMISSED.

**Date: December 3, 2025**        _____
                                                             Derek J Baker
                                                             Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Chapter 13 Statement of Your Current Monthly Income
and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2 − If Applicable
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities